THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY AIELLO, Respondent, against Warden of the City Prison, Raymond Street, Brooklyn, Respondent. ·THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— In a habeas corpus proceeding, order sustaining the writ and discharging the relator on the ground that he had been illegally sentenced as a second offender, for the reason that a commitment to the Institution for Male Defective Delinquents at Napanoch is not a prior conviction within the meaning of section 1941 of the Penal Law, reversed on the law, the writ dismissed, and the relator remanded to custody. (*People ex rel. Mucciolo* v. *Snyder*, 295 N. Y. 866.) Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ., concur.

HELEN SMITH et al., Respondents-Appellants, v. CITY OF NEW YORK, Appellant-Respondent.— On reargument, the decision of this court handed down April 15, 1946 (*ante*, p. 905), is amended to read as follows: Action to recover damages for personal injuries suffered by plaintiff wife as a consequence of slipping on an icy crosswalk at the intersection of Schaeffer Street and Bushwick Avenue, Brooklyn, and by plaintiff husband for expenses and loss of services. A verdict for plaintiff wife for $10,000, and for plaintiff husband for $2,000 was set aside on the ground that it is against the weight of the evidence. Plaintiffs appeal from so much of the order as sets aside the verdict. Defendant cross-appeals from so much of the order as denied its motion to dismiss the complaint, made at the close of plaintiffs' case and renewed at the close of the entire case, and its motion to set aside the verdict on the ground that the notices of claim were defective. On cross appeal by defendant, the order is reversed on the law and the facts, without costs, and the complaint is dismissed on the law, with costs. Plaintiffs did not make out a prima facie case in that they failed to establish any actionable negligence on the part of the defendant. In addition, the notices of claim were fatally defective in that they did not recite at which of the four crosswalks at Bushwick Avenue and Schaeffer Street, Brooklyn, the accident occurred. (*Chaimowitz* v. *City of New York*, 255 App. Div. 1003; *Belzer* v. *City of New York*, 269 App. Div. 987.) In view of the foregoing decision, the appeal of the plaintiffs is dismissed, without costs. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

WALTER H. SWENSON, Respondent, v. THIRD AVENUE TRANSIT CORPORATION, Appellant.— The action is to recover damages for personal injuries suffered by plaintiff when the automobile which he was operating was struck in the rear by defendant's trolley car. Liability was conceded and a verdict for $35,000 was rendered in plaintiff's favor. Judgment, and order denying motion to set aside the verdict, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Aldrich and Nolan, JJ.